Shah Peerally (CA Bar No: 230818)
Erich Keefe (CA Bar No: 226746)
LAW OFFICES OF SHAH PEERALLY
4510 Peralta Blvd, Suite 23
Fremont, CA 94536
Telephone: (510) 742 5887
Fax: (510) 742 5877

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO, CALIFORNIA

| | |
|---|---|
| Shridhar Iyer, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | Case No. |
| vs. ) | |
| ) | |
| Michael Mukasey, Attorney General of the ) | COMPLAINT FOR MANDAMUS |
| United States; Michael Chertoff, Secretary of the ) | TO COMPEL DEFENDANTS |
| Department of Homeland Security; Emilio ) | TO COMPLETE ADJUDICATION |
| Gonzalez, Director of United States Citizenship & ) | OF CITIZENSHIP APPLICATION |
| Immigration Services; Robert S. Mueller, III ) | |
| Christina Poulos, Director of the California Service ) | |
| Center; et al; ) | A 095187991 |
| ) | WSC 001786615 |
|    Defendants ) | |

### PLAINTIFF'S ORIGINAL COMPLAINT
### FOR WRIT IN THE NATURE OF
### MANDAMUS

COMES NOW Shridhar Iyer, Plaintiff in the above-styled and numbered cause, and for

cause of action would show unto the Court the following:

1.    This action is brought against the Defendants to compel action on an application for

classification as a United States Citizen properly filed by the Plaintiff. Plaintiff is a lawful permanent resident of the United States. He resides in Santa Clara County, California. His application for naturalization has not been adjudicated for 11 months due to government agencies' use of certain security checks that lack timelines.

2. Plaintiff's application was filed and remains within the jurisdiction of the Defendants, who have improperly withheld action on said application to Plaintiff's detriment. Plaintiff seeks only what the law provides, which is a final decision on his naturalization application within a reasonable timeline.

3. Naturalization is not discretionary. USCIS must grant a naturalization application if the applicant has complied with all requirements for naturalization. 8 C.F.R. §335.3. Plaintiff cannot vote, serve on a jury, expeditiously sponsor an immediate relative for permanent residence, or travel abroad and return to the U.S. without fear of exclusion from this country.

## PARTIES

4. Plaintiff, Shridhar Iyer is a native of India. Based on his status as a lawful permanent resident since July 2002, he submitted form N-400 application for naturalization, to the United States Citizenship and Immigration Services (USCIS) on or about April 17, 2007.

5. Defendant, Michael Mukasey, is Attorney General of the United States, and this action is brought against him in his official capacity. He is generally charged with enforcement of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the Department of Justice. 8 U.S.C. §1103(a). The Attorney General has the authority to naturalize persons as citizens of the United States. 8 U.S.C. §1421(a). The Attorney General is also ultimately responsible for the

FBI, a subdivision of the DOJ. The United States Citizenship and Immigration Service is an agency within the Department of Justice to whom the Attorney General's authority has in part been delegated, and is subject to the Attorney General's supervision.

6. Defendant, Michael Chertoff, is Secretary of the Department of Homeland Security, and this action is brought against him in his official capacity. He is charged with supervisory authority over all operations within the Department of Homeland Security. The United States Citizenship and Immigration Service is an agency within the Department of Homeland Security to whom the Secretary of Homeland Security's authority has in part been delegated, and is subject to his supervision.

7. Defendant, Emilio Gonzalez, is Director of USCIS, and this action is brought against him in his official capacity. He is charged with supervisory authority over all operations of USCIS.

8. Defendant, Christina Poulos, is Director of the USCIS California Service Center, and this action is brought against her in her official capacity. She is charged with supervisory authority over all operations of the California Service Center.

9. Defendant, Robert S. Mueller, III, Director of the Federal Bureau of Investigations is charged with Supervisory Authority over all operations of the FBI. Defendant, Robert Mueller, III, is responsible, at the request of the USCIS, for the completion of the security clearance under the FBI's National Name Check Program in Plaintiff's case.

## JURISDICTION

10. Jurisdiction in this case is proper under 28 U.S.C. §§1331 (federal question) and 1361, 5 U.S.C. §701 *et seq*.(Administrative Procedures Act), and 28 U.S.C. §2201 *et seq* (Declaratory Judgment Act). Relief is requested pursuant to said statutes.

## VENUE

11. Venue is proper in this court, pursuant to 28 U.S.C. §1391(e), in that this is an action against officers and agencies of the United States in their official capacities, brought in the District where a Defendant resides and where a substantial part of the events or omissions giving rise to Plaintiff's claim occurred. More specifically, Plaintiff's application for naturalization was properly filed and, to Plaintiff's knowledge, remains pending.

## EXHAUSTION OF REMEDIES

12. Plaintiff has exhausted his administrative remedies. Plaintiff has made inquiries concerning the status of his application, to no avail. Defendants have responded to the effect that the required investigation into his background remains open. There are no administrative remedies remaining for the Plaintiff to exhaust, because there is no administrative body to which he can appeal the refusal of the Defendants to perform their ministerial duties.

## CAUSE OF ACTION

13. Plaintiff submitted an application for United States citizenship on or about April 17, 2007.

14. Plaintiff has not received any written notice of decision regarding the application for citizenship.

15. Plaintiff's application for naturalization has now remained unadjudicated for 11 months.

16. Defendants have sufficient information to determine Plaintiff's eligibility pursuant to applicable requirements.

17. Defendants' refusal to act in this case is, as a matter of law, arbitrary and not in

accordance with the law. 8 U.S.C. §1571(b) states, "It is the sense of Congress that the processing of an immigration benefit application should be completed not later than 180 days after the initial date of filing of the application [.]" Defendants willfully, and unreasonably, have delayed in and have refused to adjudicate Plaintiff's application for almost two years, thereby depriving him of the right to a decision on his status and the peace of mind to which Plaintiff is entitled.

18. The Defendants, in violation of the Administrative Procedures Act, 5 U.S.C. §701 *et seq.*, are unlawfully withholding or unreasonably delaying action on Plaintiff's application and have failed to carry out the adjudicative functions delegated to them by law with regard to Plaintiff's case. The Administrative Procedures Act requires administrative agencies to conclude matters presented to them "within a reasonable time." 5 U.S.C. § 555. A district court reviewing agency action may "compel agency action unlawfully withheld or unreasonably delayed." 5 U.S.C. § 706(1).  The court also may hold unlawful and set aside agency action that, inter alia, is found to be : "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with the law." 5 U.S.C. §706(2)(A).  "Agency action" includes, in relevant part, "an agency rule, order, license, sanction, relief, or the equivalent or denial thereof, or failure to act." 5 U.S.C. § 551(13).

19. The expanded FBI name check used by USCIS for naturalization applications is not part of the FBI criminal background checks that are required by Public Law 105-119, Title I, 111 Stat. 2448-49 (Nov. 26, 1997) and implemented pursuant to 8 C.F.R. 335.2.

20. When it expanded the FBI name check in November 2002, USCIS did not promulgate a proposed rule or give notice and opportunity for public comment on the rule, as it had done in 1998 when the implementing the FBI criminal background check requirement.

5

21. The expanded FBI name check was a substantive departure from prior USCIS policy because it imposed a new requirement in naturalization procedure not based on statute or regulations and because it has had a substantial adverse effect on applications for naturalization by causing significant delays in adjudication. As such, the Administrative Procedures Act, 5 U.S.C. 701 *et seq.*, required USCIS to promulgate a proposed rule, provide a notice and comment period, and thereafter promulgate a final rule prior to enacting the November 2002 expanded FBI name check.

22. Plaintiff has made status inquiries in an attempt to secure adjudication of his application, all to no avail. Accordingly, Plaintiff has been forced to retain the services of an attorney to pursue the instant action.

## PRAYER

23. WHEREFORE, in view of the arguments and authority noted herein, Plaintiff respectfully prays that the Defendants be cited to appear herein and that, upon due consideration, the Court enter an order:

    (a) requiring Defendants to adjudicate Plaintiff's application for naturalization within 30 days;

    (b) awarding Plaintiff reasonable attorney's fees; and

    (c) granting such other relief at law and in equity as justice may require.

Dated:                                          Respectfully submitted,

                                                _____
                                                Shah Peerally, Esq
                                                Attorney for Plaintiff

6

Shridhar Iyer MANDAMUS

                                        _____
                                        Erich Keefe, Esq
                                        Attorney for Plaintiff

## LIST OF EXHIBITS

A    Permanent Resident Card;

B    Notice of Action on application for naturalization with priority date of April 17, 2007;

C    July 31, 2007 Fingerprint stamped ASC appointment notice;

D    Declaration of Plaintiff, Shridhar Iyer.



Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797, Notice of Action

| Receipt | | |
|---|---|---|
| CASE TYPE<br>N400 Application For Naturalization | NOTICE DATE<br>May 08, 2007 | USCIS A#<br>A 095 187 991 |
| APPLICATION NUMBER<br>WSC*001786615 | RECEIVED DATE<br>April 17, 2007 | PRIORITY DATE<br>April 17, 2007 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
SHRIDHAR GOPALAKRISHNAN IYER
834 SOUTH WOLFE ROAD
SUNNYVALE CA 94086

|.l..l.ll..l.l.l..

PAYMENT INFORMATION:

Single Application Fee: $400.00
Total Amount Received: $400.00
Total Balance Due: $0.00

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth: March 15, 1976
Address Where You Live: 834 SOUTH WOLFE ROAD
SUNNYVALE CA 94086

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local USCIS office. You should expect to be notified within 365 days of this notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit USCIS at **www.uscis.gov**. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

USCIS Office Address:
U.S. CITIZENSHIP AND IMMIGRATION SERVICES
CALIFORNIA SERVICE CENTER
P.O BOX 10400
LAGUNA NIGUEL CA 92607-

USCIS Customer Service Number:
(800) 375-5283

APPLICANT COPY



WSC$00189046

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797C, Notice of Action

## ASC Appointment Notice

| CASE TYPE | APPLICATION NUMBER | NOTICE DATE |
|---|---|---|
| N400 Application for Naturalization | WSC*001786615 | 7/7/2007 |
| | SOCIAL SECURITY NUMBER | CODE |
| | | 1 |
| | USCIS A# | |
| | A095187991 | |
| | TCR | SERVICE CENTER | PAGE |
| | 145060453 | WSC | 1 of 1 |

SHRIDHAR GOPALAKRISHNAN IYER
834 SOUTH WOLFE ROAD
SUNNYVALE, CA 94086

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.
IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

APPLICATION SUPPORT CENTER
USCIS SAN JOSE
122 CHARCOT AVE.
SAN JOSE, CA 95131

PLEASE READ THIS ENTIRE NOTICE CAREFULLY.

DATE AND TIME OF APPOINTMENT
07/31/2007
10:00 AM



WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

### REQUEST FOR RESCHEDULING

☐ Please reschedule my appointment. Upon receipt of your request, you will be provided a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to USCIS SAN JOSE, 122 CHARCOT AVE., SAN JOSE, CA 95131

APPLICATION NUMBER 1
N400     -     WSC*001786615

If you have any questions regarding this notice, please call 1-800-375-5283.

### WARNING!

Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.

If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.

Form I-797C (Rev. 01/31/05) N

Declaration of Shridhar Gopalakrishnan Iyer

I declare under penalty of perjury under the laws of the state of California and the United States that this statement is true and correct:

I applied for my naturalization in April 2007 and have been waiting to receive notification of the scheduling of my interview;

I had my fingerprints taken on July 31, 2007;

There is a particular urgency to my obtaining my United States Citizenship:

a. My wife is here in H-1B status. I want to apply for her to receive her lawful permanent resident status, so that she can begin to accrue the requisite time to submit an application for United States citizenship.

b. My parents are in India and I want to apply for them to receive their lawful permanent resident status so that we can be reunited.

I would greatly appreciate your assistance with this. As I understand it, my application has been delayed due to a delay in the background check process that USCIS has recently begun requiring. I have no criminal record of any kind. I have been residing productively and in respect of all laws in the United States since 1999. I was granted my lawful permanent resident status on July 3, 2002. I ask for nothing more than the opportunity to become a citizen of the United States and to reunify my family.

Sincerely,

Shridhar Gopalakrishnan Iyer