1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
6     Telephone: (415) 436-6730
      FAX: (415) 436-7169
7
   Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| SHRIDHAR IYER, | ) | No. C 08-1918 SC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JOINT MOTION TO EXTEND TIME TO |
| | ) | ANSWER; ~~PROPOSED~~ ORDER |
| MICHAEL MUKASEY, Attorney General | ) | |
| of the United States; et al., | ) | |
| | ) | |
| Defendants. | ) | |

   Plaintiff, by and through his attorney of record, and Defendants by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

   1. Plaintiff filed this action on or about April 11, 2008. Defendants' response is due on June 13, 2008.

   2. Pursuant to this Court's April 11, 2008 Order Setting the Case Management Conference, the parties are required to file a joint case management statement on July 18, 2008, and attend a case management conference on August 25, 2008.

   3. Plaintiff has now been scheduled for an interview on July 14, 2008. Accordingly, it appears that this case may soon resolve administratively. The parties hereby respectfully ask this Court to modify the dates in the Court's scheduling order as follows:

///

JOINT MOTION
C 08-1918 SC                                1

| | |
|---|---|
| Last day to file Defendants' Answer: | August 11, 2008 |
| Last day to file Joint ADR Certification: | August 15, 2008 |
| Last day to file/serve Joint Case Management Statement: | September 12, 2008 |
| Case Management Conference: | September 19, 2008, at 10:00 a.m. |

Dated: June 4, 2008                                      Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendant

Dated: June 4, 2008

_____/s/_____
SHAH PEERALLY
ERICH KEEFE
Attorneys for Plaintiff

**PROPOSED ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  6/9/08

_____
SAMUEL CONTI
United States District Judge

IT IS SO ORDERED
Judge Samuel Conti

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

JOINT MOTION
C 08-1918 SC                                           2