1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                            SAN FRANCISCO DIVISION
11

12 SHRIDHAR IYER,                      )    No. C 08-1918 SC
                                       )
13              Plaintiff,             )
                                       )
14      v.                             )    JOINT MOTION TO DISMISS;
                                       )    ~~PROPOSED~~ ORDER
15 MICHAEL MUKASEY, Attorney General   )
   of the United States; et al.,       )
16                                     )
                Defendants.            )
17 _____)

18      Plaintiff, by and through his attorney of record, and Defendants, by and through their

19 attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-

20 entitled action without prejudice..

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

JOINT MOTION
C 08-1918 SC                              1

Each of the parties shall bear their own costs and fees.

Dated: July 21, 2008				Respectfully submitted,

						JOSEPH P. RUSSONIELLO
						United States Attorney


						_____/s/_____
						MELANIE L. PROCTOR[1]
						Assistant United States Attorney
						Attorneys for Defendant

Dated: July 21, 2008
						_____/s/_____
						SHAH PEERALLY
						ERICH KEEFE
						Attorneys for Plaintiff

**PROPOSED ORDER**

Pursuant to stipulation, IT IS SO ORDERED.  All pending deadlines are hereby TERMINATED.  The Clerk shall close the file.

Dated:   7/21/08

						_____
						United States District Judge

						[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]
						[Stamp: IT IS SO ORDERED — Judge Samuel Conti]

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

JOINT MOTION
C 08-1918 SC					2